COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-166-CV

MARC CHAMBERS AND WAYNE PIPKIN APPELLANTS

V.

TRANS-TRADE, INC., BRUCE GALBRAITH, APPELLEES

LINDA GALBRAITH, TRANS-TRADE, INC. 

MONEY PURCHASE PENSION PLAN AND 

TRUST, AND TRANS-TRADE, INC. PROFIT

SHARING PLAN AND TRUST 

----------

FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered “Appellants' Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM 

PANEL D: MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

         DELIVERED: November 24, 2004  

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.